# UNITED STATES BANKRUPTCY COURT

In re: _Kenneth Payton_                    Case No. _13-2535_
　　　　Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[  ] GRANTED.

　　This order is subject to being vacated at a later time if developments in the administration of the
　　bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

　　The debtor shall pay the chapter 7 filing fee according to the following terms:

　　$ _76.50_ on or before _Feb 25, 2013_
　　$ _76.50_ on or before _March 25, 2013_
　　$ _76.50_ on or before _April 25, 2013_
　　$ _76.50_ on or before _May 24, 2013_

　　Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
　　additional property to an attorney or any other person for services in connection with this case.

　　IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
　　INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

　　A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
　　on _____ at _____ am/pm at _____.
　　　　　　　　　　　　　　　　　　　　　　　　　(address of courthouse)

　　IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
　　DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
　　DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _2/11/13_

BY THE COURT: _Carol A. Doyle_
_____
United States Bankruptcy Judge